NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**REMBRANDT VISION TECHNOLOGIES, L.P.,**
*Plaintiff-Appellant,*

**v.**

**JOHNSON & JOHNSON VISION CARE, INC.,**
*Defendant-Appellee.*

---

2012-1510

---

Appeal from the United States District Court for the Middle District of Florida in case no. 11-CV-0819, Judge Timothy J. Corrigan.

---

## ON MOTION

---

## O R D E R

The parties jointly move for an extension of time for Johnson & Johnson to file its opposition brief, and for an extension of time for Rembrandt to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

REMBRANDT VISION TECH V. JOHNSON & JOHNSON VISION        2

    The motion is granted. Johnson & Johnson's opposition brief is due December 26, 2012 and Rembrandt's reply brief is due March 8, 2013.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27